577

## CINCINNATI STREET R CO v CLOCK

Ohio Appeals, 1st Dist, Hamilton Co

Decided Dec 24 1934

Leo J. Brumleve, Cincinnati, for plaintiff in error.

Herbert Barnhorn, Cincinnati, and Henry J. Beebe, Cincinnati, for defendant in error.

For full opinion see 3 OO 446; 50 Oh Ap 139.

## BYERS v APPLEMAN

Ohio Appeals, 5th Dist, Richland Co

Decided Jan 22, 1935

Cummins & Kramer, Mansfield, for plaintiff in error.

James V. Will, Mansfield, for defendant in error.

For full opinion see 3 OO 468; 50 Oh Ap 135.